Slip Op. 08 - 50

# *UNITED STATES COURT OF INTERNATIONAL TRADE*

—————————————————————————
:
AGRO DUTCH INDUSTRIES LIMITED, :
:
       Plaintiff, :
:
       v. :            **Before: MUSGRAVE, Senior Judge**
:             Court. No. 02-00499
UNITED STATES, :
:
       Defendant, :
:
       and :
:
COALITION FOR FAIR PRESERVED :
MUSHROOM TRADE, :
:
       Defendant-Intervenor. :
—————————————————————————:

## JUDGMENT

The plaintiff having interposed a motion pursuant to USCIT Rule 56 .2 for judgment upon the record compiled by the International Trade Administration, U.S. Department of Commerce ("ITA") *sub nom. Certain Preserved Mushrooms From India: Final Results of Antidumping Duty Admin. Review*, 67 Fed. Reg. 46,172 (July 12, 2002); and the ITA having filed herein its Results of Redetermination Pursuant to Remand, dated April 3, 2008, pursuant to Slip Op. 07-185 (Dec. 26, 2007); and this court having reviewed those results of redetermination and not having received any comments thereon or opposition thereto from any party to this case; now therefore, after due deliberation, it is

**ORDERED, ADJUDGED and DECREED** that the ITA's Results of Redetermination Pursuant to Remand dated April 3, 2008 be, and they hereby are, sustained.

/s/  R. Kenton Musgrave
_____
R. KENTON MUSGRAVE, Senior Judge

Dated: May 8, 2008
      New York, New York